IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR130 |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK WATSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On January 15, 2010, the Defendant appeared with counsel for a Disposition hearing on a Petition for Warrant for Offender Under Supervision (Filing No. 122). Defendant was present and represented by David O'Neill. Plaintiff was represented by Maria R. Moran, Assistant United States Attorney. The defendant admitted the allegations contained in the Petition and the Court found the defendant to be in violation of the conditions of his supervised release. The Court then proceeded to sentencing.

IT IS ORDERED:

1. The defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of six (6) months, to be given credit for time served since December 24, 2009.

2. Upon completion of the defendant's incarceration, his supervised release will terminate.

DATED this 19th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Judge

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 201\_\_.

_____

_____Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201\_\_ to _____, with a certified copy of this judgment.

_____

_____   UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201\_\_\_.

_____

_____   UNITED STATES WARDEN

By: _____